1 **NORMA A. AGUILAR**
California State Bar No. 211088
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Norma_Aguilar@fd.org

5 Attorneys for Mr. Cruz-Granados

8                        UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE BARBARA L. MAJOR)**

11 UNITED STATES OF AMERICA,           )   Case No. 07MJ2890-BLM
                                       )
12            Plaintiff,                )
                                       )
13 v.                                   )
                                       )   **NOTICE OF APPEARANCE**
14 ROBERTO CRUZ-GRANADOS,               )
                                       )
15            Defendant.                )
                                       )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                        Respectfully submitted,

22 Dated: December 20, 2007              */s/ Norma Aguilar*
                                         **NORMA AGUILAR**
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Mr. Cruz-Granados
24                                       Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

      Courtesy Copy to Chambers

      Copy to Assistant U.S. Attorney via ECF NEF

Dated: December 20, 2007           /s/ *Norma Aguilar*
                                             **NORMA AGUILAR**
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467 (tel)
                                             (619) 687-2666 (fax)
                                             Email: Norma_Aguilar@fd.org